**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                                                          NO.  4:06CR00001-001   SWW

DONNIETHA BRADFORD
A/K/A DONNIE BRADFORD

**ORDER**

The Court has received documentation that George E. Fenzel, a victim in this matter, is now deceased and has left a Last Will and Testament and executed a revocable trust.

IT IS HEREBY ORDERED that the Clerk of Court change the name of the payee to the George E. Fenzel Living Trust, which can receive restitution due the deceased under 18 U.S.C. §§3663(a)(2) and 3663A(a)(2).

IT IS SO ORDERED THIS 17TH DAY OF DECEMBER, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE